**FILED**
JAMES J. VILT, CLERK
JAN 15 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

3:18-cr-94-RGJ

Dear Clerk,                                         1-11-2021

    I need a copy of the old PSR. I left it at the jail. I wrote them and they said they throwed all my papers away. And I also need a copy of the new PSR, I think its 2 or 3 pages. And I need the governments memorandum of sentencing and Mr. Earhart's sentencing memorandum too.

P.S Hope you and your love ones are safe and corona free. Have a nice day.

Thank you,
Chester Shipp

Chester Shipp 10464-033
Federal Correctional Institution 2
P.O BOX 1500
Butner, NC 27509

Office of the Court Clerk
United States District Court
106 Gene Snyder U.S Courthouse
601 W. Broadway
Louisville, KY 40202-2249

RALEIGH NC 275
Research Triangle Region
12 JAN 2021 PM 3 L

FILED
JAMES J. VILT, CLERK
JAN 15 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY